| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | MIA CRAGER, #300172<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700<br>Mia_Crager@fd.org |
| 5 | Attorneys for Defendant |
| 6 | ERNEST MARSHALL BADMAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-mj-00061 EFB |
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | ) ) | Date: May 18, 2017 |
| ERNEST MARSHALL BADMAN, | ) ) | Time: 2:00 p.m.<br>Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, and Mia Crager, attorney for Ernest Marshall Badman, that:

1. The Complaint in this case was filed on April 6, 2017. Defendant appeared before Honorable Kendall J. Newman on May 4, 2017. A preliminary hearing was set for May 18, 2017.

2. By this stipulation, the parties jointly waive a prompt preliminary hearing date before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, and request a preliminary hearing on June 29, 2017 at 2:00 p.m., before the duty Magistrate Judge. The parties stipulate that the delay is required to allow the defense reasonable time for preparation and for the government's continuing

-1-

| | |
|---|---|
| 1 | investigation of the case. The parties further agree that the interests of justice served |
| 2 | by granting this continuance outweigh the best interests of the public and the |
| 3 | defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). |

3. The parties further agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between May 18, 2017, and June 29, 2017, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

DATED: May 16, 2017                     HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Mia Crager*
                                        MIA CRAGER
                                        Assistant Federal Defender
                                        Attorney for ERNEST MARSHALL BADMAN

DATED: May 16, 2017                     PHILLIP TALBERT
                                        United States Attorney

                                        */s/ Michelle Rodriguez*
                                        MICHELLE RODRIGUEZ
                                        Assistant U.S. Attorney
                                        Attorney for PLAINTIFF

**O R D E R**

The Court has read and considered the Stipulation to Continue Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on June 21, 2016. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4. The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The preliminary hearing is continued to June 29, 2017, at 2:00 p.m.

2. The time between May 18, 2017, and June 29, 2017, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: May 17, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE